

## Independent Medical Opinion (IMO) Referral Form

THE HARTFORD

### Vendor Information

| Vendor Name: MCN | Date: 06/24/2013 |
|---|---|
| Service Requested: ☒ IME  ☐ Medical Consultant  ☐ FCE *See service specific information under service heading below* | |
| Videotape/CD Enclosed: ☒ Yes  ☐ No | Hours: 1   Minutes: 21 |
| Medical Records Enclosed: ☒ Yes  ☐ No | Pages: 209   Inches: |
| • All medical records as of the date of this referral are enclosed, including claimant's most recent self-reported statements of functionality.<br>• To maintain objectivity, any medical consultant reviews are not enclosed.<br>• Signed authorization included | |

### Claimant Information

| Claimant Name: Richard Davis | Date of Birth: |
|---|---|
| Address: (Street, City, State & Zip Code) 137 Grand Avenue, Suwanee, GA 30024 | Telephone Number: 7704031167 |
| Insured ID Number: 9001326653 | Date Last Worked: 10/18/2011 | Date of Disability: 10/19/2011 |
| Employer: U.S. Bank | | |
| ☐ STD  ☒ LTD  ☐ AD&D  ☐ Premium Waiver | | |

### Attorney Representation

| Does Claimant have Attorney Representation: ☐ Yes  ☒ No If Yes, Provide Attorney Contact Information: |
|---|

### Medical Information

| Primary Diagnosis: Multiple Myeloma w/o Recurrance | Secondary Diagnosis: LS; Polyneuropathy; Chronic T-Spine Pain (T6-T10) w/Disc Bulging & Spondylosis; LLQ ABD Pain (onset: Feb., 2013); Hypertensive Heart Disease - NOS w/o Heart Failure.  PMH: Diverticulitis of Colon; Diverticulosis; G.E.R.D.; Hiatal Hernia; ISB; Leukemia. |
|---|---|
| Primary Physician's Name: Dr. Reddy | Physician Specialty: Heme/Oncologist |
| Phone Number: 770-205-5292 | Fax Number: 770-205-5291 |
| Physician's Address: 1505 Northside Blvd., Suite 4600, Cumming, GA 30041 | |

**Other Treating Physicians: (if applicable)**

| Physician's Name: Dr. Kristen Willett | Physician Specialty: Orthopaedist |
|---|---|
| Phone Number: 770-886-8111 | Fax Number: 770-205-8539 |
| Physician's Address: 1100 Northside Forsyth, Suite 340, Cumming, GA 30041 | |
| Physician's Name: ____ | Physician Specialty: ____ |
| Phone Number: | Fax Number: |
| Physician's Address: ____ | |

### Independent Medical Evaluation (IME)

| Specialty of IME Physician: Orthopaedist    2nd Choice PM&R |
|---|

4.19.13

HAR 1531

# Independent Medical Opinion (IMO) Referral Form

**THE HARTFORD**

**Psychiatric/Neuropsychological Independent Medical Evaluation (IME)**

| Specialty of IME Physician: | 2ⁿᵈ Choice |
|---|---|

## Medical Consultant (MC)

| Medical Specialty(ies) Requested: | | | |
|---|---|---|---|
| ☐ Appeal | ☐ Co-Morbid | ☐ Priority – indicate requested completion date: | |
| ☐ File Review | ☐ Clarification | ☐ Addendum | ☐ Add'l Info (if review not completed) |
| ☐ Prior Medical Review | Name of Prior Medical Consultant: | | |
| Board Certification(s) of Prior Medical Consultant: | | | |

## Functional Capacity Evaluation (FCE)

**Medical considerations per Attending Physician prescription:**

FCE providers will assess the ability to perform general work functions, with specifics described in "Additional Considerations" below. The report of test results should include the Department of Labor's (DOL) physical demand categories (i.e. Sedentary, Light, Medium, Heavy, Very Heavy) as well as specific physical functions, with frequencies (i.e. Never, Occasional, Frequent, Constant).
**Additional Considerations:** _____

**Optional: To be used only if needed to help clarify occupational capacity.**
☐ **Job Description Attached.** Please *assess the claimant's functional abilities in relation to the physical demands/essential duties as outlined in the attached Job Description, in addition to the above request for an assessment of overall functional abilities.*

### Vendor Instructions:
- All FCE Reports will include an assessment of the consistency of effort demonstrated throughout the FCE.
- All FCE reports must include the raw data as well as testing/performance summary.
- Claimant will be notified of appointment date/time by The Hartford.

## Referral Source Information

| Referral Source/Support Associate Name: Cynthia A. French RN MCM III; | Telephone/Extension: 800-538-0134 X-2308548 |
|---|---|
| Referral Source E-mail Address: Cynthia.french1@thehartford.com | Office: Syracuse, NY    Office claim file originates from: Minneapolis, MN |
| Mailing Address: (Street, City, State & Zip Code) The Hartford, P.O. Box 14303, Lexington, KY 40512 | |
| Deliver Report to the following Fax Number:    Fax Number: (800) 615-8194 | |

4.19.13

HAR 1532

# HARTFORD LIFE INSURANCE COMPANY
# HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

### Independent Medical Examination Cover Letter



THE HARTFORD

Claimant Name: Richard Davis

Insured ID: 9001326653

To the IME Examiner - Please respond to the following questions, using the general guidelines below as a guide.

Please be sure you have reviewed all of the functional activities demonstrated on video surveillance and documented in the Interview Transcript report. Compare what you observed with what the claimant reported as her maximum capacity for daily activities, what she told you, what you found during physical exam, and what you reviewed in the medical records. Your analysis of the function observed in person and on video must be incorporated into your conclusions in the final report, including how the extent of function translates to workplace activities noted in Questions 1-3 below.

1) Are there any objective, medically necessary restrictions or limitations to: Sitting for the majority of an average working day, 60" at a time before briefly standing, stretching or walking as needed for comfort, 7 hours/day, 40 hrs./week?

2) Do you find a need for restrictions or limitations to: Standing and walking occasionally during an 8 hour day, inside a typical office setting?

3) Do you find a need for restrictions or limitations to the use of BUE's and both hands for fingering, feeling, handling, reaching in all directions and lifting/carrying 20# occ. and 10# frequently?

4) Please review and compare the statements made regarding functional capacity documented by Dr. Reddy on: 01/09/2013 when he wrote: No physically strenuous activity, can ambulate and is able to carry out light or sedentary work (e.g.: office work and light house work) with those made in his AP Response (enclosed for review) to a review of the video surveillance. Do you agree with the 01/09/2013 statement and feel that extent of function

---

General Guidelines to be used when responding to the above questions

- Review the history of the claimant's medical condition/treatment and note any gaps or inconsistencies where significant.

- Compare the claimant's self-reported symptoms, activities of daily living, and the clinical exam findings with the medical records and note any inconsistencies.

- Document your observations of the claimant's appearance and presentation throughout the exam including the results of any distraction testing deemed appropriate based on the claimant's condition. Note any positive, negative, discrepant or non-physiological finding including quantitative measurements (i.e. ROM, etc.).

- This is a request for your independent opinion of this individual's functionality.
    - We are not asking you to determine if the individual is Disabled, which is an insurance contract determination, or if s/he is able to return to work.
    - We are asking you to provide an objective assessment of the individual's appropriate restrictions/limitations based on your examination, the medical records, and the individual's self-reported information.
    - Please do not develop a return to work plan unless specifically requested to do so.
- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc without addressing specific restrictions/limitations which are not outlined in the DOL definition.

- Address all appropriate restrictions/limitations based on your area of expertise as we will assume there are no restrictions on function unless specified in your report.

- Address sit/stand/walk function in terms of hours of activity at one time and hours per day. Example: walk 1 hour at a time for a maximum of 5 hours/day.

04/2013

HAR 1533