** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 17, 2013 3:57:12 PM EDT | MCN | 257 | 8 | Received |

10/17/2013 12:53:02 PM -0700 FAXCOM                                    PAGE 1    OF 8

# MCN.

MEDICAL CONSULTANTS NETWORK®

**Medical Consultants Network**

1301 5th Avenue, Suite 2900
Seattle, WA 98101

**Fax Coversheet**

**To:**          Angela Smith

**Company:**      Hartford
**Fax Number:**   877 853 9664
**Phone Number:**

**From:**           Cathy Foster, RN
**Fax Return To:**  **206.812.6420**
**Phone Number:**   206.621.9097

**Date Sent:**     October 17, 2013
**Pages:**         8
**Description:**   clarification 9001326653

MESSAGE:

Attached please find the clarification.
Please feel free to contact me if you have any questions.

Cathy Foster, RN
Medical Consultants Network®
206-621-9097  x 2062

This facsimile may contain confidential or attorney-client privileged information intended only for the individual or entity to whom it is addressed. Do not read, copy or disseminate this information unless you are the addressee or the person responsible for delivery. If you have received this communication in error, please call the sender immediately (collect if necessary), and return the original message to the corporate offices of Medical Consultants Network, Inc. via US postal mail at the address above.

HAR 1501

3969 South Cobb Drive / Suite 108
Smyrna, Georgia 30080-6313                                              (770) 436-0041

# FREDERICK WENER, M.D.
## ORTHOPAEDIC SURGERY
### SPORTS MEDICINE

September 30, 2013

MCN
901 Boren Avenue
Suite 1400
Seattle, WA  98104

RE:  Richard Davis – Addendum

After the additional report sent to me by Medical Consultants Network, dated August 19, 2013, I believe that the patient can work the light duty or sedentary work within the revised restrictions dated August 19, 2013.  Please see report.  This report is an addendum and is to clarify the original report by myself dated July 31, 2013.  Also, the light or sedentary work would be for an eight hour day as stated in the report of August 19, 2013.

Sincerely,

Frederick P. Wener, M.D.

FPW/dp

3969 South Cobb Drive / Suite 108
Smyrna, Georgia 30080-6313

(770) 436-0041

## FREDERICK WENER, M.D.
### ORTHOPAEDIC SURGERY
### SPORTS MEDICINE

August 30, 2013

MCN
901 Boren Avenue
Suite 1400
Seattle, WA 98104

RE: Addendum – Richard Davis

I have reviewed the video surveillance tape most recently sent to me.
Most of the video appears to be from approximately nine to ten months
ago. It revealed two gentleman walking, the trees and mailbox are blocking
to really fully identify the patient. There is another follow-up video showing
someone sitting in the car, it may be the patient but I can not fully
identify that this is the patient as well. In addition, the video continues
through a window and I really can not fully identify that this is the patient
that I saw. But again, there does not appear to be any activity in the first
three videos that I have seen that would change my opinion upon my
evaluation of the patient. There is another video showing the patient in a
car backing up driving. Again, there is nothing in the video that would
change my opinion, even if this is the patient. There is another video
that is grainy and not well visualized. Again, if this is the patient it does
not change my opinion or evaluation. There is additional video showing
the patient walking, appears to be sitting in a restaurant, at an ATM
machine, getting gas, etc., walking, backing up, getting food, walking
through a store.

None of these activities appear to contradict any statements given to me by
the patient or my evaluation overall. My view of this surveillance video
does not change my opinion or report.

Sincerely,

Frederick P. Wener, M.D.

FPW:dp

HAR 1503

10/17/2013 12:53:02 PM -0700 FAXCOM                          PAGE 4   OF 8



901 Boren Avenue, Suite 1400
Seattle, WA 98104
Phone: 206.621.9097
Fax: 206.812.6420
www.mcn.com

July 31, 2013                                    Revised report 8/19/13

Medical Consultants Network
901 Boren Avenue
Suite 1400
Seattle, WA 98104

Re:    IME-Richard Davis – Claim #9001326653

Mr. Davis is a 56-year-old male who presents today for an independent medical examination. The patient states that he has been experiencing chronic pain in the mid to lower lumbar region. More recently over the last few years he has had pain up in the higher thoracic region.

The patient states that in September 2005 he was diagnosed with multiple myeloma with lesions at L1, L2, and L4. The patient also believes that he had some type of lesion involving the back of his right shoulder. Mr. Davis underwent surgery in 2005 by Dr. Stephen James, with kyphoplasty. Since that time he has suffered with chronic pain, especially in the lower back.

The patient has been on multiple medicines which include Methadone and Percocet at this time. He has been under the care of many different doctors over the years including his oncologist Dr. Reddy. He has also seen a neurologist as well as other doctors for management of his multiple myeloma.

The patient states that in February 2006 he underwent a stem cell transplant and chemotherapy. He states that he has been treated for chronic pain in the back and more recently in the upper back. He has seen Resurgens Orthopedics and been treated with some shots as well as some physical therapy. He states that the biggest problem with respect to his back is that he has a hard time with prolonged standing and sitting. He states that he can sit for about thirty minutes or so and then the pain becomes quite significant in the upper thoracic area and to a lesser extent to the lower back.

The patient states that he tries to walk and exercise as much as he can. He tries to walk about one mile a day. When the patient sits or stands for more than thirty minutes he has some discomfort in the upper thoracic and the chronic pain the lower lumbar area. Mr. Davis is currently on disability.

REVIEW OF SYSTEMS: Discussed.

Medical Consultants Network, LLC                          Re: Richard Davis

Claim Number: 9001326653

Page 2

PAST MEDICAL HISTORY: As mentioned, significant for the multiple myeloma. There is a history of prostate problems with anemia.

PAST SURGICAL HISTORY: Kyphoplasty, 2005. Stem cell transplant, 2006.

ALLERGIES: Codeine and Flexeril.

CURRENT MEDICINE: Methadone, Nexium, Percocet, Zometa, Trilipex, Avodart, testosterone, Benadryl, Miralax, Vitamin D.

SMOKE: None.

ALCOHOL: None.

HEAD, EARS, EYES, NOSE, AND THROAT: No significant upper neck pain.

RESPIRATORY: No shortness of breath or chest pain.

GASTROINTESTINAL: No nausea or vomiting. The patient does have some GI problems, please see medical records.

GENITOURINARY: No recent urinary tract problems.

MUSCULOSKELETAL: The patient has pain in the upper to lower back.

NEUROLOGICAL: There is a history of neuropathy.

PSYCHIATRIC: None.

PHYSICAL EXAMINATION: All motion was completely controlled by the patient and no attempt was made to have the patient do anything other than what he voluntarily did himself. There is pretty much full range of motion of the cervical spine with no obvious acute pain. Good range of motion left and right shoulder with no obvious acute pain. The patient complains of some slight discomfort in the thoracic area and in the mid to lower lumbar area. Lumbar flexion 60, extension 20. Left and right rotation causes some mild discomfort.

He has an obvious kyphotic deformity from the prior surgery area in the lumbar area. There does not appear to be any muscle spasms present. Upper extremities appear to be neurologically intact. Reflexes are OK lower extremities. Reflexes are OK. The patient can

Medical Consultants Network, LLC                        Re: Richard Davis

                                                        Claim Number: 9001326653

                                                        Page 3

stand on toes and heels. Strength appears to be OK. The patient does state that as long as he does not do any prolonged sitting, walking, or anything that requires significant exertion he dose reasonably well. The patient is currently taking the Percocet and Methadone, please see medical records.

X-RAYS: There are no x-rays available for review. Report from November 7, 2011 from Dr. Willett reveals "AP, lateral and oblique views of the thoracic spine were ordered, performed, and interpreted by me today. The previous L1 and L2 kyphoplasties are noted. He does have a kyphotic curve with a slight scoliosis. He does have degenerative issues throughout. Possible compression around T5, although MRI from 2009 does show some history of endplate compressions."

MRI report from MRI and Imaging of Georgia, January 3, 2012, revealed:
1. "Focal T9 vertebral body marrow abnormality is low in signal intensity on T1. Infiltrative bone processes are not excluded such as malignancy, but the appearance is non-specific. Comparison to prior studies or interval follow would be prudent. Bone scan may be considered to exclude multi-focal disease although this may sometimes lack sensitivity for multiple myeloma. Interval MRI follow-up to insure stability would prove useful with next follow-up no later than three to six months."
2. "Multiple mild disc bulges noted."
3. "Chronic compression fractures of L1 and L2 are noted with evidence of prior kyphoplasty. A small amount of cement is seen in the epidural space in the right central region at L1."
4. "Chronic appearing 40% wedge compression of T5 is noted without significant retropulsion. Mild foraminal narrowing is noted at T5-6 adjacent to T5-6 level."
5. "Minor multilevel degenerative changes are noted."

IMPRESSION:
1. Multiple myeloma.
2. Degenerative changes throughout the lumbar spine.
3. Compression fractures at L1 to L2, treated with kyphoplasty.
4. Old compression fracture T5.
5. Neuropathy of the lower extremities.

I have reviewed some extensive medical records mostly from Dr. Reddy concerning the patient's ongoing treatment and care for the management of chronic pain as well as multiple myeloma and associated issues. In addition, I have reviewed a neurological consultation from Dr. Cooper, August 2012, and some follow-up visits. There are also records from Dr. Willett, Resurgeons Orthopedics, beginning November 7, 2011 through February 18, 2013. Epidural injections were offered but the patient preferred to do

Medical Consultants Network, LLC                    Re: Richard Davis

                                                    Claim Number: 9001326653

                                                    Page 4

physical therapy. There are some additional physical therapy from Resurgeons Orthopedics as well. There are medical records from Internal Medicine, Dr. Goyco, from November 2012.

Records from Dr. Cooper, with respect to work capabilities from a neurological point of view. There are additional records from May 20, 2013 from Dr. Goyco concern work capabilities. Additional records from May 28, 2013 from Dr. Bradley Lord concerning work capabilities from the gastrointestinal point of view. Additional work capabilities from May 28, 2013 from Dr. Reddy concerning work capabilities from the internal medicine, hematological, and oncologist point of view.

There are surveillance records in the chart that I have reviewed as well which show the patient doing some various activities such as getting in and out of his car, buying some food, etc. There was also a disc associated with the surveillance but the disc would not open on the two computers which I use in my office.

QUESTIONS:

1. Are there any objective medically necessary restrictions or limitations to sitting for the majority of an average working day, 60 minutes at a time before briefly standing, stretching or walking as needed for comfort, 7 hours a day, 40 hours a week.

   At this time I do believe that there are restrictions with the amount of time that the patient could sit or stand.

2. Do you find a need for restrictions or limitations to standing and walking occasionally during an 8-hour day inside a typical office setting?

   Yes, I do not believe that the patient could stand or walk constantly off and on through the day as I believe with the cumulative affects within a day the patient would experience increasing pain in the upper and lower back region.

   The claimant can sit for 1 hour at a time for a total of 3 hours per 8 hour day.

   The claimant can stand for 1 hour at a time for a total of 3 hours per 8 hour day.

   The claimant can walk 1 hour at a time for a total of 3 hours per 8 hour day.

HAR 1507

Medical Consultants Network, LLC                    Re: Richard Davis

                                                    Claim Number: 9001326653

                                                                    Page 5

3.  Do you find a need for restrictions or limitations with respect to hands,
    fingering, feeling, handling, reaching all directions and left and carrying 20
    pounds occasionally and 10 pounds frequently?

    I believe that the patient can use his hands for fingering, feeling, handling,
    reaching and lifting occasionally 20 pounds and frequently 10 pounds.

4.  Please review and compare the statements regarding functional capacity
    documented by Dr. Reddy.

    I agree with Dr. Reddy's statements. I believe that the patient is able to carry out
    light or sedentary work. For example, office work or light housework as long as
    it stays within the parameters of the length of time of standing, prolonged
    sitting, etc. The patient appears to be taking daily Methadone, Percocet, and
    various other medicines. I believe that these medicines need to be addressed by
    his prescribing doctor as to whether the patient should be driving a motor
    vehicle, etc.

    I have seen the patient for an independent medical examination only and no
    treatment has been rendered.

    Sincerely,

    Frederick P. Wener, M.D.
    Board Certified, Orthopedic Surgery
    License #027688

HAR 1508